## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

DOUGLAS R. STINSON, JR., )
)
     Plaintiff, )
)
v. )    No. 1:14CV188 ACL
)
NICOLE GREEN, et al., )
)
     Defendants. )

## MEMORANDUM AND ORDER

The Court of Appeals has remanded this action for the assessment and collection of the appellate filing fee. Because plaintiff is a prisoner, the Court assess twenty percent of either his average monthly deposit or average balance, whichever is greater. See 28 U.S.C. § 1915(b). After reviewing plaintiff's financial information, the Court has determined that plaintiff must be assessed a partial initial filing fee of $20.00, which is twenty percent of his average monthly deposit.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must pay an initial filing fee of $20.00 within thirty (30) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an appellate proceeding.

Dated this 15th day of May, 2015.

*abbie Crites-Leoni*

ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE